UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

METSO PAPER USA,

    Plaintiff,

v.                                                                                 Case No. 04-C-531

MARK BAYS, et al,

    Defendant.

## ORDER FOR STAY

       The parties in the above-captioned matter have requested that the scheduling order be vacated and that a stay be entered in this matter until such time as the criminal proceedings now pending against the individual defendants are resolved. Counsel for all of the parties were represented at a telephone conference before the court on January 9, 2006 and reported that they were unable to continue with discovery because the individual defendants had elected to exercise their Fifth Amendment rights with respect to the matters at issue. Based upon this development, the parties requested that this civil action be stayed pending the completion of criminal proceedings. The parties indicated that not only was such action necessary to allow discovery required for the civil action, but in addition the criminal proceedings could result in a resolution of this action as well.

       Based upon the foregoing, the court concludes that the request of the parties should be granted. Accordingly, the scheduling order previously entered in this matter is vacated and this action is stayed and ordered administratively closed pending further order of the court.

       SO ORDERED this 10th day of January, 2006.

                                                                        s/ William C. Griesbach
                                                                        William C. Griesbach
                                                                        United States District Judge